FILED16 NOV '11 14:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3:11-cr-00462-HZ |
| v. | **INDICTMENT** |
| DAVID JOSEPH HODSON, | [18 U.S.C. § 844(i); 26 U.S.C. §§ 5861(c) and (f), 5822, 5841, 5845 and 5871] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Arson)

On or about November 8, 2011, in Portland, Multnomah County, in the District of Oregon, DAVID JOSEPH HODSON, defendant herein, willfully and maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, at the World Trade Center Complex, Building One, 121 Southwest Salmon Street, Portland, Oregon; all in violation of Title 18, United States Code, Section 844(i).

**COUNT 2**
(Making and Possessing an Unregistered Destructive Device)

On or about November 8, 2011, in Portland, Multnomah County, in the District of Oregon, DAVID JOSEPH HODSON, defendant herein, knowingly and unlawfully made and possessed a firearm, namely, a destructive device commonly

Page 1 -    INDICTMENT - DAVID JOSEPH HODSON

known as a Molotov cocktail, made in violation of Chapter 53 of Title 26, without said destructive device being registered in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Sections 5861(c) and (f), 5822, 5841, 5845 and 5871.

DATED this 15th day of November, 2011.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -    **INDICTMENT - DAVID JOSEPH HODSON**