IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| United States of America, | Case No. 3:11-cr-00462-HZ |
| v. | |
| DAVID JOSEPH HODSON, | ORDER CONTINUING CONDITIONAL RELEASE |
| Defendant. | |

A hearing was held September 9, 2013 to determine if defendant violated the conditions of conditional release.

The court finds defendant did violate the conditions of his conditional release as alleged. The court further finds that defendant remains suitable for continued community supervision.

IT IS HEREBY ORDERED THAT defendant's term of conditional release is CONTINUED subject to the standard and special conditions previously imposed, and MODIFIED to include the following special conditions:

1)   The defendant shall reside in and participate in the program of an inpatient drug treatment center, as directed by the probation officer, for a period not to exceed 180 days. The defendant shall pay all or part of the costs of said treatment;

2)   As directed by the probation officer, the defendant shall take psychotropic medication, if medically approved, for the treatment of a mental or emotional disorder which can include intramuscular injections; and,

3)   The defendant shall participate in an alcohol monitoring testing program as directed by the probation officer, to include a home detention schedule as prescribed by the Location Monitoring program, for a period of 4 months, as a means of verifying compliance with alcohol

abstinence and a home detention schedule. The defendant shall pay all or part of the costs of the testing program as determined by the probation officer, and shall pay any costs associated with lost or damaged testing equipment.

All aspects of the original judgment remain in full force and effect unless otherwise indicated.

IT IS SO ORDERED.

DATED:   September 10, 2013

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge